UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. WARZEK,<br><br>    Plaintiff,<br><br>v.<br><br>O. ONEYEJE, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01452-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, ALLOWING ACTION TO PROCEED AGAINST DEFENDANTS CONANAN, ONYEJE, AND YOUNG, AND DISMISSING DEFENDANTS ANDERSON AND TRUMBLY<br><br>[ECF Nos. 11, 12] |

Plaintiff Michael R. Warzek is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 25, 2018, the magistrate judge issued Findings and Recommendations recommending that this action proceed on Plaintiff's deliberate indifference claim against Defendants M. Conanan, O. Onyeje and Charles E. Young, and Defendants Anderson and Trumbly be dismissed for failure to state a cognizable claim. The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within twenty-one days. No objections were filed and the time period to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the undersigned has conducted a de novo review of plaintiff's case. The undersigned concludes the findings and recommendations are supported by the record and by proper analysis.

///

1

Accordingly, it is HEREBY ORDERED that:

1. The January 25, 2018 findings and recommendations are adopted in full;

2. This action shall proceed against Defendants M. Conanan, O. Onyeje, and Charles E. Young for deliberate indifference to a serious medical need; and

3. Defendants Anderson and Trumbly are dismissed from the action for failure to state a cognizable claim under the Eighth Amendment.

IT IS SO ORDERED.

Dated: March 21, 2018

SENIOR DISTRICT JUDGE