UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. WARZEK,<br><br>   Plaintiff,<br><br> v.<br><br>O. ONEYEJE, et al.,<br><br>   Defendants. | Case No.: 1:17-cv-01452-AWI-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO COMPLETE SERVICE ON DEFENDANTS ONYEJE, YOUNG, AND CONANAN WITHIN NINETY DAYS<br><br>[ECF Nos. 11, 12, 13] |

Plaintiff Michael R. Warzek is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.**

**DISCUSSION**

**A. Authorization of Service of Complaint**

On March 22, 2018, the Court determined that this action shall proceed on Plaintiff's claim of deliberate indifference against Defendants O. Onyeje, Charles E. Young, and M. Conanan, and Defendants D. Anderson and T. Trumbly were dismissed for failure to state a cognizable claim for relief. Service of process is now appropriate for Defendants O. Onyeje, Charles E. Young, and M. Conanan. Plaintiff is not proceeding in forma pauperis and therefore, he is responsible for serving Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure. Unless good cause for an extension of time is shown, Plaintiff must complete service of process and file proof of service with

1

the Court within ninety days. Fed. R. Civ. P. 4(m). The following two sections contain instructions on how to serve Defendants.

**B.     Instructions on Completing Service**

1.     Obtaining a Waiver of Service from Defendants

Plaintiff has the option of notifying Defendants of the commencement of this action and requesting that Defendants waive service of the summons. Fed. R. Civ. P. 4(d)(1). If Plaintiff elects to ask Defendants to waive service, he must mail to Defendants (1) the form entitled "Notice of Lawsuit and Request for Waiver of Service for Summons," (2) the form entitled "Waiver of Service of Summons," (3) a copy of the complaint, and (4) a copy of this order. The documents must be addressed directly to Defendants (not to the Attorney General's Office), and the documents must be sent by first-class mail or other reliable means. Id. The "Waiver of Service of Summons" form must set forth the date on which the request is sent and must allow Defendants at least thirty days to return the waiver to Plaintiff. If Defendants sign and return the waiver form to Plaintiff, Plaintiff must then file the waiver form with the Court. After filing the waiver form, Plaintiff does not need to do anything further to serve the Defendants. Fed. R. Civ. P. 4(d)(4).

2.     Personal Service on Defendants in Absence of Waiver

Plaintiff must effect personal service on Defendants if (1) Plaintiff chooses not to request that Defendants waive service, or (2) Plaintiff requests that Defendants waive service but Defendants fail to return the "Waiver of Service of Summons" form to Plaintiff. In either situation, the summons, a copy of the complaint, and a copy of this order must be personally served on Defendants (not the Attorney General's Office). Personal service may be effected by any person who is *not* a party to this action and who is at least eighteen years old; Plaintiff may not effect personal service himself. Fed. R. Civ. P. 4(c)(2). Plaintiff should review Rule 4(e), provided with this order, as it more fully addresses how personal service is effected.

///
///
///
///

## II.

## ORDER

In accordance with the above, it is HEREBY ORDERED that:

1. This action shall proceed on Plaintiff's first amended complaint, filed on January 19, 2018, against Defendants O. Onyeje, Charles E. Young, and M. Conanan for deliberate indifference to a serious medical need in violation of the Eighth Amendment;

2. The Clerk of the Court shall issue and send Plaintiff one summons and shall send Plaintiff four copies of the following documents:

    a) The complaint filed on May 17, 2012;

    b) A "Notice of Lawsuit and Request for Waiver of Service of Summons" form;

    c) A "Waiver of Service" form; and

    d) One copy of Rule 4 of the Federal Rules of Civil Procedure;

3. Plaintiff shall complete service of process on Defendants within **ninety (90) days** from the date of service of this order;[1] and

4. Unless good cause is shown, Plaintiff's failure to (1) complete service of process on Defendants and (2) file a proof of service within ninety days will result in dismissal of this action. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: **March 22, 2018**

UNITED STATES MAGISTRATE JUDGE

---

[1] Defendantss are cautioned that Rule 4(d) of the Federal Rules of Civil Procedure requires them to cooperate in saving unnecessary costs of service of the summons and complaint.