# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. WARZEK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O. ONEYEJE, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01452-AWI-SAB (PC)<br><br>ORDER VACATING JULY 31, 2018 ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL AS MOOT<br><br>[ECF No. 17] |

　　Plaintiff Michael R. Warzek is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff paid the filing fee for this action on November 17, 2017.

　　On July 31, 2018, the Court issued an order directing service by the United States Marshal because it was unclear if Plaintiff had properly served Defendants.

　　On August 2, 2018, all three Defendants filed an answer to the complaint. (ECF No. 18.) Accordingly, it is HEREBY ORDERED that the July 31, 2018 order directing service by the United States Marshal is vacated as moot.

IT IS SO ORDERED.

Dated: __August 3, 2018__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1