**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL R. WARZEK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>O. ONEYEJE, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01452-AWI-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE SET FOR DECEMBER 4, 2018, VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM, AND DIRECTING CLERK OF COURT TO SERVE A COPY OF THIS ORDER ON THE LITIGATION COORDINATOR AT VALLEY STATE PRISON<br><br>[ECF Nos. 25, 26, 28] |

Plaintiff Michael R. Warzek is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 12, 2018, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on December 4, 2018, before Magistrate Judge Barbara A. McAuliffe, and stayed the case for ninety days. (ECF No. 25.) The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

On November 9, 2018, defense counsel filed a notice to opt out and vacate the settlement conference. Counsel believes that a conference would be a waste of resources given his investigation into the claims and defenses and discussion with Plaintiff. (ECF No. 28.)

1

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for December 4, 2018, before Magistrate Judge Barbara A. McAuliffe is VACATED;

2. The stay of this case is lifted and the Court will issue an amended scheduling by way of separate order;

3. The writ of habeas corpus ad testificandum is VACATED; and

4. The Clerk of Court is directed to serve a copy of this order on the litigation coordinator at Valley State Prison.

IT IS SO ORDERED.

Dated: **November 13, 2018**

UNITED STATES MAGISTRATE JUDGE