# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. WARZEK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O. ONEYEJE, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01452-AWI-SAB (PC)<br><br>**AMENDED** DISCOVERY AND SCHEDULING ORDER |

Plaintiff Michael R. Warzek is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 12, 2018, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on December 4, 2018, before Magistrate Judge Barbara A. McAuliffe, and stayed the case for ninety days. (ECF No. 25.) The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

On November 9, 2018, defense counsel filed a notice to opt out and vacate the settlement conference. (ECF No. 28.) Therefore, the December 4, 2018, settlement conference was vacated and the stay was lifted. (ECF No. 29.)

Accordingly, it is HEREBY ORDERED:

1. The discovery and scheduling order is amended as follows:

    a. The deadline for filing an exhaustion motion is **January 7, 2019;**

1

  b.  The deadline for amending the pleadings is **March 7, 2019**;

  c.  The deadline for completion of all discovery, including filing motions to compel, is **May 7, 2019**;

  d.  The deadline for filing pretrial dispositive motions is **July 8, 2019**; and

  e.  <u>All other provisions of the Court's August 7, 2018, discovery and scheduling order remain in full force and effect</u>.

IT IS SO ORDERED.

Dated:  **November 13, 2018**

               UNITED STATES MAGISTRATE JUDGE