# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. WARZEK,<br><br>    Plaintiff,<br><br>    v.<br><br>O. ONEYEJE, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01452-AWI-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S SURREPLY<br><br>[ECF No. 35] |

Plaintiff Michael R. Warzek is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 8, 2019, Plaintiff filed a response to Defendants' reply and objections to Plaintiff's opposition to Defendants' motion for summary judgment. (ECF No. 35.) The Court construes this filing as a surreply. No further briefing on Defendants' motion for summary judgment is permitted absent leave of court. The Court did not grant Plaintiff leave to file a surreply, and the Court does not desire any further briefing on the motion. Accordingly, Plaintiff's surreply (ECF No. 35) is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: **March 11, 2019**

                                          UNITED STATES MAGISTRATE JUDGE