# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. WARZEK,<br><br>    Plaintiff,<br><br>v.<br><br>O. ONYEJE, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01452-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND TIME TO SERVE DISCOVERY RESPONSES<br><br>(ECF No. 9, 10) |

Plaintiff Michael R. Warzek is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants Conanan's, Onyeje's, and Young's ex parte application to extend time to serve discovery responses, filed on April 18, 2019. (ECF No. 42.) Since Defendants have demonstrated good cause for an extension of time, Defendants' ex parte application to extend time to serve discovery responses, (ECF No. 42), is HEREBY GRANTED. Defendants shall have until April 29, 2019 to serve responses to Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Request for Production of Documents.

IT IS SO ORDERED.

Dated: **April 18, 2019**

    UNITED STATES MAGISTRATE JUDGE

1