UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. WARZEK,<br><br>    Plaintiff,<br><br>    v.<br><br>O. ONEYEJE, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01452-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>[ECF Nos. 31, 38] |

Plaintiff Michael R. Warzek is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 12, 2019, the Magistrate Judge issued Findings and Recommendations recommending that Defendants' exhaustion related motion for summary judgment be granted, and Plaintiff's claim regarding the denial of a medical chrono be dismissed, without prejudice, for failure to exhaust the administrative remedies. The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within thirty days. Plaintiff filed objections on April 15, 2019.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on March 12, 2019, are adopted in full;
2. Defendants' exhaustion related motion for summary judgment is granted; and
3. Plaintiff's claim regarding the denial of a medical chrono is dismissed, without prejudice, for failure to exhaust the administrative remedies.

IT IS SO ORDERED.

Dated: July 11, 2019

SENIOR DISTRICT JUDGE