UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. WARZEK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>O. ONEYEJE, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01452-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT<br><br>[ECF Nos. 40, 46] |

Plaintiff Michael R. Warzek is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 28, 2019, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motion to amend the complaint be denied. The Findings and Recommendation was served on the parties and contained notice that objections were to be filed within fourteen days. After receiving an extension of time, Plaintiff filed objections on June 19, 2019.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the ultimate conclusion of the Findings and Recommendation to be supported by the record and proper analysis. Specifically, Plaintiff has not met the Rule 15 standard for amendment.

1

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendation issued on May 28, 2019, is adopted in part; and
2. Plaintiff's motion to amend the complaint is denied.

IT IS SO ORDERED.

Dated: August 23, 2019

_____
SENIOR DISTRICT JUDGE