# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. WARZEK,<br><br>    Plaintiff,<br><br>v.<br><br>O. ONEYEJE, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01452-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 53] |

Plaintiff Michael R. Warzek is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed August 26, 2019.

Good cause having been presented, it is HEREBY ORDERED that Defendants shall have until October 21, 2019, to file a dispositive motion.

IT IS SO ORDERED.

Dated: __**August 26, 2019**__

UNITED STATES MAGISTRATE JUDGE

1