**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL R. WARZEK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O. ONEYEJE, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01452-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION TO AMEND<br><br>[ECF Nos. 57, 63] |

Plaintiff Michael R. Warzek is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 14, 2019, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motion to amend the complaint be denied. (ECF No. 63.) The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within fourteen days. (Id.) Plaintiff filed objections on November 27, 2019. (ECF No. 66.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

///

1

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on November 14, 2019 (ECF No. 63) are adopted in full; and
2. Plaintiff's motion to amend the complaint filed on October 22, 2019 (ECF No. 57) is denied.

IT IS SO ORDERED.

Dated:  December 13, 2019

SENIOR DISTRICT JUDGE