# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. WARZEK,<br><br>  Plaintiff,<br><br>  v.<br><br>O. ONEYEJE, et al.,<br><br>  Defendants. | Case No.: 1:17-cv-01452-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A COPY OF THE APRIL 14, 2020 FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 79) |

Plaintiff Michael R. Warzek is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for a copy of the Court's April 14, 2020 Findings and Recommendations, filed on May 18, 2020. (ECF No. 79.)

Plaintiff is advised that the Clerk of the Court does not ordinarily provide free copies of case documents to parties. The Clerk's Office charges $0.50 per page for copies of documents. Copies of up to twenty pages may be made by the Clerk's Office at this court upon written request and prepayment of the copy fees. Checks in the exact amount are to be made payable to "Clerk USDC." Nonetheless, in this instance, the Court will make a one-time exception and provide Plaintiff a copy of the April 14, 2020 Findings and Recommendations as a one-time exception.

///

///

1

1  Based on the foregoing, it is HEREBY ORDERED that the Clerk of Court shall provide Plaintiff a copy of the April 14, 2020 Findings and Recommendations (ECF No. 76).

IT IS SO ORDERED.

Dated: **May 19, 2020**

UNITED STATES MAGISTRATE JUDGE