UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. WARZEK,<br><br>        Plaintiff,<br><br>    v.<br><br>O. ONEYEJE, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-01452-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 55, 76) |

Plaintiff Michael R. Warzek is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 14, 2020, the Magistrate Judge issued Findings and Recommendations recommending that Defendants' motion for summary judgment be granted. (Doc. No. 76.) The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within thirty days. After receiving five extensions of time, Plaintiff filed objections on September 25, 2020. (Doc. No. 87.) Defendants filed a response on October 15, 2020. (Doc. No. 88.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

///

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on April 14, 2020 (Doc. No. 76), are adopted in full;

2. Defendants' motion for summary judgment (Doc. No. 55) is granted; and

3. Judgement shall be entered in favor of Defendants.

IT IS SO ORDERED.

Dated:   December 1, 2020                              _____
                                                                              SENIOR  DISTRICT  JUDGE